# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **JOHN DOUGLAS COWART,** ] | |
| Petitioner, ] | |
| ] | |
| vs. ] | 7:05-CV-2328-VEH-RRA |
| ] | |
| **WARDEN CHERYL PRICE and** ] | |
| **THE ATTORNEY GENERAL OF** ] | |
| **THE STATE OF ALABAMA,** ] | |
| Respondents. ] | |

## MEMORANDUM OPINION

This is a habeas corpus petition. The magistrate judge entered a report and recommendation recommending that the respondents' motion for summary judgment be granted and the action dismissed. No objections have been filed. The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

**DONE** this <u>18th</u> day of December, 2006.

**VIRGINIA EMERSON HOPKINS**
United States District Judge